### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROMISELAND LIVESTOCK, LLC )<br>and ANTHONY J. ZEMAN )<br>)<br>    Plaintiffs )<br>)<br>UNITED STATES DEPARTMENT )<br>OF AGRICULTURE and )<br>TOM VILSACK, SECRETARY )<br>UNITED STATES DEPARTMENT )<br>OF AGRICULTURE ) | Civil Action No. 8:11CV62 |

### ORDER

The parties filed a Stipulation of Dismissal on June 30, 2011 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs' complaint in the above captioned matter is hereby dismissed with prejudice.

BY THE COURT:

Dated:   June 30, 2011          *s/ Joseph F. Bataillon*
                                                            Chief District Judge